**1:26-cr-0140**
**Judge Matthew F. Kennelly**
**Magistrate Judge Gabriel A. Fuentes**
**Random / Cat. 4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED**
3/31/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXM

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. |
| v. | |
| DENNIS MILLER, a/k/a "Demis Miller" | Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about December 15, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

DENNIS MILLER, a/k/a "Demis Miller,"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded black Ruger 9 millimeter semiautomatic pistol bearing serial number 38714084, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2025 GRAND JURY alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to, a black Ruger 9 millimeter semiautomatic pistol bearing serial number 38714084 and associated ammunition.

A TRUE BILL:

_____
FOREPERSON


_____
Signed by Aaron R. Bond on behalf of the
UNITED STATES ATTORNEY

2